**Order entered November 23, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-01112-CR

**JONATHAN OLIVAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-57776-N**

### ORDER

Before the Court is the November 22, 2022 request of court reporter Velma Loza for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by **December 19, 2022**.

/s/     ERIN A. NOWELL
        JUSTICE